JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANNON GRAY,<br><br>   Plaintiff,<br><br>   vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:16-cv-07383- MWF (JCx)<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]**<br><br>[Stipulation Submitted concurrently]<br><br>Complaint Filed:   December 9, 2016 |

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 10, 2017

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

300502690v1 0991615